IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>THE COMPLAINT , )<br>  )<br>OF )<br>  )<br>ATLANTIC MARINE, INC., Owner of the )<br>Barge, MOBILE HEAVY LIFTER,, )<br>BENDER SHIPBUILDING & REPAIR CO., )<br>INC., Charterer and Disponent Owner of )<br>the Barge MOBILE HEAVY LIFTER, )<br>ABS ID NO. 7700124, for exoneration from )<br>or limitation of liability. ) | CIVIL ACTION NO. 06-0100-CG-B |

**ORDER**

This matter is before the court on the motion of Bender Shipbuilding and Repair Co., Inc. ("Bender Shipbuilding") to dismiss or strike the counterclaims asserted against it by Pemex Exploracion Y Produccion ("PEP"). (Docs. 90, 91, 92).  In each of PEP's answers to the claims of Precious Trees, Ltd., the State of Alabama, and BP Products of North America, Inc., PEP included a counterclaim against Bender Shipbuilding. (Docs. 79, 80, 88).  These counterclaims are virtually identical to PEP's claim, filed approximately two months earlier.[1] (Doc. 18).  Rule 12(f) of the Federal Rules of Civil Procedure permits a court to strike from any pleading any redundant matter. FED.R.CIV.P. 12(f).  The court finds that PEP's counterclaims are redundant. Therefore, Bender Shipbuilding's motions (Docs. 90, 91, 92) are **GRANTED** and the

---

[1] The court notes that the counterclaims list the damage for loss of use to be $50,356,655.76, whereas PEP's original claim listed the damage for loss of use to be $35,000,000.  However, both the claim and the counterclaims qualify the amount with the phrase: "insofar as can be estimated while repairs continue."  Thus, the difference is immaterial. PEP will not be limited by the amount stated in its claim since it is clear that the amount is merely an estimate based on the state of repairs at the time it was filed.

counterclaims asserted by PEP against Bender Shipbuilding in Documents 79, 80 and 88 are hereby **STRICKEN**.

    **DONE and ORDERED** this 24th day of January, 2007.

                        /s/   Callie V. S. Granade
                        CHIEF UNITED STATES DISTRICT JUDGE